**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

IN RE:                                              CHAPTER 7 CASE
O'CONNELL, KAREN
                                                    CASE NO. 07B-11249 BWB

                                                    JUDGE BRUCE W. BLACK

                        Debtor(s)

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON**
**APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT**
**OF PROPERTY BY THE TRUSTEE**

TO  the Debtor(s), Creditors, and other Parties in Interest:

1.      NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a
        Trustee's Final Report and final applications for compensation.  A hearing will be held.

                **At**: **Will County Court Annex 57 N Ottawa St. Room 201**
                       **Joliet, Illinois 60432**

                **On**: **September 12, 2008      At: 9:15 A.M.**

2.      The hearing will be held for the purpose of ruling on any objections to the Final Report,
        ruling on applications for compensation and expenses and any objections to the pending
        applications and transacting such other business as may be properly noticed before the Court.
        ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT
        REQUIRED.

3.      The Trustee's Final Report shows total:

        a. Receipts                             $_____12,501.73

        b. Disbursements                        $_____0.00

        c. Net Cash Available for Distribution  $_____12,501.73

4.      Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

| | | | |
|---|---|---|---|
| THOMAS B. SULLIVAN, TRUSTEE (Trustee Fees) | 0.00 | $2,000.17 | |
| THOMAS B. SULLIVAN, TRUSTEE (Trustee Expenses) | 0.00 | | $34.75 |
| Grochocinski, Grochocinski & Lloyd, Ltd. (Trustee's Attorney Fees) | 0.00 | $2,962.50 | |
| Grochocinski, Grochocinski & Lloyd, Ltd. (Trustee's Attorney Expenses) | 0.00 | | $68.82 |
| Alan D. Lasko (Trustee's Accountant Fees) | 0.00 | $1,392.60 | |
| Alan D. Lasko (Trustee's Accountant Expenses) | 0.00 | | $11.20 |
| Clerk Of The U.S. Bankruptcy Court (US Bankruptcy Court ) | 0.00 | | $250.00 |

5.      Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

6.      In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors.  The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7.      Claims of general unsecured creditors totaling $17,054.95 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be 33.90%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 001 | US BANK/RETAIN PAYMENT SOLUTIONS | $ 736.69 | $ 249.75 |
| 002 | US BANK NA/RETAIL PAYMENT SOLUTIONS | $ 10,154.27 | $ 3,442.33 |
| 003 | MITCHELL & BOLDEN PC | $ 6,163.99 | $ 2,089.61 |

8.      Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9.      The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10.     Debtor has been discharged.

11.     The Trustee proposed to abandon the following property at the hearing :books and records of the debtor

Dated: **AUGUST 19, 2008**          For the Court,

                              By **KENNETH S GARDNER**
                                 Kenneth S. Gardner
                                 Clerk of the United States Bankruptcy Court
                                 219 S. Dearborn Street; 7th Floor
                                 Chicago, IL 60604

Trustee: THOMAS B. SULLIVAN, TRUSTEE
Address: 1900 RAVINIA PLACE
ORLAND PARK, IL 60462
Phone No.: (708) 226-2700

**BAE SYSTEMS**

Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

District/off: 0752-1          User: sward                  Page 1 of 2              Date Rcvd: Aug 19, 2008
Case: 07-11249               Form ID: pdf002              Total Served: 55

The following entities were served by first class mail on Aug 21, 2008.
```
db         +Karen L O'Connell,   2875 Carlsbad Circle,   Aurora, IL 60503-5611
aty        +Brian D Johnson,   Grochocinski, Grochocinski & Lloyd,   1900 Ravinia Place,
             Orland Park, IL 60462-3760
aty        +David E Grochocinski,   Grochocinski & Grochocinski,   1900 Ravinia Place,
             Orland Park, IL 60462-3760
aty        +David P Lloyd,   Grochocinski, Grochocinski & Lloyd,   1900 Ravinia Place,
             Orland Park, IL 60462-3760
aty        +Grochocinski Grochocinski & Lloyd Ltd,   1900 Ravinia Place,   Orland Park, IL 60462-3760
aty        +Stephen J West,   Law Offices Of Stephen J West,   628 Columbus Dr Rm 102,
             Ottawa, IL 61350-2933
tr         +Thomas B Sullivan,   Grochocinski, Grochocinski & Lloyd Ltd.,   1900 Ravinia Place,
             Orland Park, IL 60462-3760
11439632   +Adventist Hinsdale Hospital,   % Malcolm S. Gerald & Associates,
             332 S. Michigan Ave.; Suite 600,   Chicago, IL 60604-4318
11439633   +Associate Pathologists of Joliet,   330 Madison St.,   Suite 200A,   Joliet, IL 60435-6575
11439635   +Citibank,   % Academy Collection Service, Inc.,   10965 Decatur Rd.,
             Philadelphia, PA 19154-3294
11439634    Citibank,   % Associated Recovery Systems,   PO Box 469046,   Escondido, CA 92046-9046
11439636    Comcast,   % Credit Protection Assoc.,   PO Box 9037,   Addison, TX 75001-9037
11439638    Discover Card,   % Nationwide Credit, Inc.,   PO Box 740640,   Atlanta, GA 30374-0640
11439639    Dish Network,   Dept. 0063,   Palatine, IL 60055-0063
11439640   +DuPage Pathology Associates SC,   520 E. 22nd St.,   Lombard, IL 60148-6110
11439641   +Emergency Healthcare Phys,   % KCA Financial Services, Inc.,   PO Box 53,   Geneva, IL 60134-0053
11439642   +Emergency Healthcare Physc,   % NCC,   120 N. Keyser Ave.,   Scranton, PA 18504-9701
11439643    Emergency Healthcare Physicians,   39182 Treasury Center,   Chicago, IL 60694-9900
11439644   +FIA Card Services NA/MBNA America,   % Blatt,Hasenmiler,Leibsker&Moore,
             125 S. Wacker Dr.; Suite 400,   Chicago, IL 60606-4440
11439645   +GE Money Bank,   % NCO Financial Systems Inc.,   PO Box 61247; Dept. 64,
             Virginia Beach, VA 23466-1247
11439646   +Harlem Furniture,   % Stokes & Clinton, Attys.,   PO Box 991801,   Mobile, AL 36691-8801
11439647    Kohl's Dept. Store Inc.,   % Merchants & Medical Credit Corp.,   6324 Taylor Dr.,
             Flint, MI 48507-4685
11439648    Kohl's Dept. Stores,   % Allied Data Corp.,   13111 Westheimer; Suite 400,
             Houston, TX 77077-5547
11439649   +Law Office of Mitchell & Bolden,   % Michael R. Naughton, Atty.,   PO Box 10,
             Manhattan, IL 60442-0010
11439650   +Law Offices of Robert f. Kramer,Ltd,   23101 W. Lincoln Hwy.,   Plainfield, IL 60586-2387
11439652    MBNA/VISA,   % Wolpoff & Abramson, LLP,   Two irvington Centre; 702 King Farm,
             Rockville, MD 20850-5775
11439651   +Mark Wolfe,   3590 Hobson Rd.,   Woodridge, IL 60517-1745
11439653    Meijer,   PO Box 960015,   Orlando, FL 32896-0015
11439654    Midnight Velvet,   1112 7th Ave.,   Monroe, WI 53566-1364
11439655    Midwest Neoped Associates Ltd.,   PO Box 2686,   Carol Stream, IL 60132-0001
11991521    Mitchell & Bolden, PC,   54 N. Ottawa St.,   Suite 245,   Joliet, IL 60432-4378
11439656   +Mitchell, Bolden & Melton, PC,   54 N. Ottawa St.,   Suite 245,   Joliet, IL 60432-4378
11439657    Monroe & Main,   1112 7th Ave.,   Monroe, WI 53566-1364
11439659   +Nicor Gas,   % CBCS,   PO Box 69,   Columbus, OH 43216-0069
11439660   +North Star Capital Acquisition LLC,   % Blitt and Gaines, PC,   661 W. Glenn Ave.,
             Wheeling, IL 60090-6017
11439661   +Randall F. Summers, DDS, Ltd.,   391 Quadrangle Dr.,   Suite #5,   Bolingbrook, IL 60440-3442
11439662   +Robert F. Kramer, Atty.,   23101 W. Lincoln Hwy.,   Plainfield, IL 60586-2387
11439663   +SBC,   Bill Payment Center,   Saginaw, MI 48663-0001
11439664   +SC-Monroe & Main,   % NCO Financial Systems Inc.,   PO Box 15630; Dept. 99,
             Wilmington, DE 19850-5630
11439665    Seventh Avenue,   1112 7th Ave.,   Monroe, WI 53566-1364
11439666    Spirit of Amer. Nat'l Bank,   % Weltman, Weinberg & Reis Co. LPA,   PO Box 93596,
             Cleveland, OH 44101-5596
11439667   +Suburban Chicago Newspapers,   PO Box 1005,   Tinley Park, IL 60477-9105
11439668   +T-Mobile,   PO Box 742596,   Cincinnati, OH 45274-2596
11439669   +TCF National Bank,   500 W. Joliet Rd.,   Willowbrook, IL 60527-5618
11439670    The Hamilton Collection,   % Universal Fidelity LP,   PO Box 941911,   Houston, TX 77094-8911
11439671    Tribute MasterCard,   PO Box 790215,   Saint Louis, MO 63179-0215
11439672   ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: U.S. Bank,   PO Box 790179,   Saint Louis, MO 63179)
11439673   ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: U.S. Bank,   PO Box 790408,   Saint Louis, MO 63179-0408)
11816208   +US BANK NA/ RETAIL PAYMENT SOLUTIONS,   fka Firststar,   PO BOX 5229,
             CINCINNATI, OHIO 45201-5229
11844083   +US Bank NA/ Retail Payment Solutions,   Bankruptcy Dept,   PO Box 5229,
             Cincinnati, OH 45201-5229
11439674    Wells Fargo Financial,   % Associated Credit Services, Inc.,   PO Box 9100,
             Hopkinton, MA 01748-9100
11439675   +Wells Fargo Financial,   135 S. Weber Rd.,   Bolingbrook, IL 60490-1565
11439676    World Financial SCNDS Harlem Furnit,   % AllianceOne Receivables Mgmt.,   PO Box 3102,
             Southeastern, PA 19398-3102

The following entities were served by electronic transmission on Aug 20, 2008.
11439637    E-mail/Text: elizabeth.soehren-jones@exeloncorp.com                    ComEd,
             Bill Payment Center,   Chicago, IL 60668-0001
11439658    E-mail/Text: bankrup@nicor.com                    Nicor Gas,   PO Box 416,
             Aurora, IL 60568-0001
                                                                            TOTAL: 2
```

```
District/off: 0752-1          User: sward           Page 2 of 2          Date Rcvd: Aug 19, 2008
Case: 07-11249               Form ID: pdf002        Total Served: 55
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                    TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 21, 2008**                    **Signature:**       _Joseph Speetjens_